Cory Corporation, a Corporation, Plaintiff-Appellant, v. Hunter-Built, Incorporated, of Chicago, an Illinois Corporation, and Howard Shapiro, Defendants-Appellees.

Gen. No. M–51,671. (Abstract of Decision.)

First District, Second Division.

January 23, 1968.

Raymond I. Suekoff and Stanford Clinton, of Chicago (Stuart C. Katz, of counsel), for appellant; Lawrence Jacobs and Lester Slott, of Chicago, for appellees. Opinion by JUSTICE McNAMARA. **Not to be published in full.**